UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| ANDREW DELANEY, | ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | Civil Action No. _____ |
| THE GOLDMAN SACHS GROUP, INC., | ) ) ) | |
| Defendant. | ) ) | |

**NOTICE OF REMOVAL**

Pursuant to 28 U.S.C. §§1332, 1441, and 1446, Defendant The Goldman Sachs Group, Inc. ("Goldman Sachs") files this Notice of Removal, removing this case from the 44th Judicial District Court of Dallas County, Texas, to the United States District Court for the Northern District of Texas, Dallas Division.

### I.      State Court Action

1.      On or about April 2, 2026, Plaintiff Andrew Delaney filed his Original Petition in the 44th Judicial District Court of Dallas County, Texas (the "State Court Action").

2.      Plaintiff's Original Petition asserts the following claims against Goldman Sachs: retaliation, defamation/business disparagement, securities fraud, violations of the Texas Organized Crime Act, breach of fiduciary duty, and books-and-records and internal controls violations.

3.      Goldman Sachs was served with the Original Petition from the State Court Action on April 21, 2026.

## II.    Procedural Requirements

### A.    Basis for Removal: Diversity Jurisdiction

4.    This action is removable pursuant to 28 U.S.C. §§1332(a), 1441(a), and 1446. Federal courts have original jurisdiction over civil actions where the amount in controversy exceeds $75,000 and where the action is between citizens of different States. *Id*. §1332(a)(1).

5.    A corporation is "deemed to be a citizen of every State and foreign state by which it has been incorporated and of the State or foreign state where it has its principal place of business." 28 U.S.C. §1332(c)(1). A corporation's principal place of business is located at its "nerve center," which is "the place where a corporation's officers direct, control, and coordinate the corporation's activities" *Hertz Corp. v. Friend*, 559 U.S. 77, 92-93 (2010).

6.    Here, there is complete diversity of citizenship because Plaintiff's citizenship does not overlap with Goldman Sach's state of incorporation or principal place of business. Plaintiff is a resident of Hemphill County, Texas. Orig. Pet. ¶5. Goldman Sachs is incorporated under the laws of the State of Delaware and has its principal place of business in the State of New York.

7.    Based on the allegations in the Original Petition, the amount in controversy exceeds $75,000. *See* Orig. Pet. ¶7 ("The amount in controversy exceeds $1,000,000.").

### B.    Timeliness of Removal and Venue

8.    Under 28 U.S.C. §1446(b)(1), civil actions may be removed within 30 days of service. Goldman Sachs was served with the Petition on April 21, 2026, making Goldman Sachs's deadline to remove this action May 21, 2026. Accordingly, this Notice of Removal is timely.

9.    With this filing, Goldman Sachs does not waive any defenses available to it. Nor does Goldman Sachs concede that the allegations in Plaintiff's Original Petition state a valid claim under applicable law or that Plaintiff has standing to bring this case.

10.     Venue is proper under 28 U.S.C. §1441(a) because this district and division embrace the county where the State Court Action was filed.

11.     An index of all documents filed in the State Court Action, and the date of filing, is attached to this Notice.

12.     All pleadings, process, orders, and filings in the State Court Action, including the docket, are attached to this Notice, as required by 28 U.S.C. §1446(a).

13.     In accordance with 28 U.S.C. §1446(d), a copy of this Notice is being served on all parties and is being filed with the Clerk of the District Court of Dallas County, Texas.

### CONCLUSION AND PRAYER

For these reasons, Defendant Goldman Sachs respectfully requests that further proceedings in the State Court Action be discontinued, and this suit be removed to the United States District Court for the Northern District of Texas.

Dated:  May 15, 2026

Respectfully submitted,

*/s/ Justin S. Rowinsky*

Mary E. Bracewell
State Bar No. 24139388
mbracewell@yettercoleman.com
Justin S. Rowinsky
State Bar No. 24110303
jrowinsky@yettercoleman.com
Alishan Alibhai
State Bar No. 24121498
asalibhai@yettercoleman.com
YETTER COLEMAN LLP
811 Main Street, Suite 4100
Houston, Texas  77002
(713) 632-8000

Attorneys for The Goldman Sachs Group, Inc.

- 4 -

**Certificate of Service**

I certify that on May 15, 2026, a copy of this document was served on all counsel of record using the Court's e-filing system, attempted hand delivery, and delivery by certified mail.

*/s/ Justin S. Rowinsky*
Justin S. Rowinsky