# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF TEXAS

Andrew Delaney
Plaintiff

v.

The Goldman Sachs Group, Inc.
Defendant

3:26-cv-01584
Civil Action No.

## CERTIFICATE OF INTERESTED PERSONS/DISCLOSURE STATEMENT
(This form also satisfies Fed. R. Civ. P. 7.1)

Pursuant to Fed. R. Civ. P. 7.1 and LR 3.1(c), LR 3.2(e), LR 7.4, LR 81.1(a)(4)(D), and LR 81.2,

Defendant The Goldman Sachs Group, Inc.

provides the following information:

For a nongovernmental corporate party, the name(s) of its parent corporation and any publicly held corporation that owns 10% or more of its stock (if none, state "None"):
*Please separate names with a comma. Only text visible within box will print.*

Defendant The Goldman Sachs Group, Inc. ("Goldman") is a publicly held corporation. It has no parent corporation, and to the best of Goldman's knowledge, no publicly held company owns 10% or more of its common stock. Goldman is a corporation organized under the laws of Delaware and has its principal place of business in New York.

A complete list of all persons, associations of persons, firms, partnerships, corporations, guarantors, insurers, affiliates, parent or subsidiary corporations, or other legal entities that are financially interested in the outcome of the case:
*Please separate names with a comma. Only text visible within box will print.*

The Goldman Sachs Group, Inc., Goldman Sachs & Co., LLC

| | |
|---|---|
| Date: | May 15, 2026 |
| Signature: | /s/ Justin S. Rowinsky |
| Print Name: | Justin S. Rowinsky |
| Bar Number: | 24110303 |
| Address: | 811 Main St., Suite 4100 |
| City, State, Zip: | Houston, Texas, 77002 |
| Telephone: | (713) 632-8000 |
| Fax: | |
| E-Mail: | jrowinsky@yettercoleman.com |

**NOTE:** To electronically file this document, you will find the event in our Case Management (CM/ECF) system, under Civil => Other Documents => Certificate of Interested Persons/Disclosure Statement.