UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| ANDREW DELANEY, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No.  3:26-cv-01584 |
| | ) | |
| THE GOLDMAN SACHS GROUP, INC., | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

**DEFENDANT'S NOTICE OF RELATED CASE**

Pursuant to Local Rule 3.3, Defendant The Goldman Sachs Group, Inc. ("Goldman Sachs") hereby gives notice of the following related case currently pending before the Fort Worth Division of this Court: *Andrew Delaney v. U.S. Securities and Exchange Commission*, *et al.*, Case No. 4:26-cv-00453-Y. Both cases were filed by the same plaintiff, and relate to the plaintiff's purported status as a whistleblower against Goldman Sachs. *See* N.D. Tex. L.R. 3.3(b)(3) (noting that cases are related when they arise "from a common nucleus of operative fact").

Dated:  May 15, 2026

Respectfully submitted,

*/s/ Justin S. Rowinsky*
Mary E. Bracewell
State Bar No. 24139388
mbracewell@yettercoleman.com
Justin S. Rowinsky
State Bar No. 24110303
jrowinsky@yettercoleman.com
Alishan Alibhai
State Bar No. 24121498
asalibhai@yettercoleman.com

YETTER COLEMAN LLP
811 Main Street, Suite 4100
Houston, Texas 77002
(713) 632-8000


Attorneys for The Goldman
Sachs Group, Inc.


**Certificate of Service**

I certify that on May 15, 2026, a copy of this document was served on all counsel of record using the Court's e-filing system, attempted hand delivery, and delivery by certified mail.


*/s/ Justin S. Rowinsky*
Justin S. Rowinsky

- 2 -